| | |
|---|---|
| GREGORY P. STONE (SBN 078329)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9255<br>Facsimile:       (213) 687-3702<br>Gregory.Stone@mto.com | HARRY H. SCHNEIDER, JR.<br>SUSAN FAHRINGER<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone:    (206) 359-8000<br>Facsimile:      (206) 359-9000<br>HSchneider@perkinscoie.com |
| ROSEMARIE T. RING (SBN 220769)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street,<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4008<br>Facsimile:       (415) 512-4077<br>Rose.Ring@mto.com | Attorneys for Defendant T-MOBILE USA, INC.<br><br>IRA P. ROTHKEN, (SBN 160029)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>Telephone:    (415) 924-4250<br>Facsimile:      (415) 924-2905<br>ira@techfirm.com |
| CHARLES B. CASPER<br>MONTGOMERY, MCCRACKEN,<br>WALKER & RHOADS, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109<br>Telephone:     (215) 772-7223<br>Facsimile:       (215) 731-3750<br>ccasper@mmwr.com | SETH LESSER<br>KLAFTER OLSEN & LESSER LLP<br>Two International Drive, Suite 350<br>Rye Brook, NY 10573<br>Telephone:    (914) 934-9200<br>Facsimile:      (914) 934-9220<br>seth@klafterolsen.com |
| Attorneys for Defendants<br>MICROSOFT CORPORATION and<br>DANGER, INC. | Attorneys for Plaintiff<br>ELI MAPSTEAD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*[Court stamp: GRANTED, Judge James Ware, 11/23/2009]*

| | |
|---|---|
| ELI MAPSTEAD, on behalf of himself and for the benefit of all with the common or general interest, any persons injured, and all others similarly situated,<br><br>                              Plaintiffs,<br><br>          vs.<br><br>T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation,<br><br>                              Defendants. | CASE NO.  5:09-CV-04901-JW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

1    WHEREAS, on October 23, 2009, plaintiff served on defendant Microsoft Corporation
2  the complaint in the above-captioned case;
3    WHEREAS, pursuant to FRCP 12(a)(1)(A), defendant Microsoft has until November 12,
4  2009, to answer, move or otherwise respond to the complaint;
5    WHEREAS, on October 29, 2009, plaintiff served on defendant Danger, Inc. the
6  complaint in the above-captioned case;
7    WHEREAS, pursuant to FRCP 12(a)(1)(A), defendant Danger, Inc. has until November
8  18, 2009, to answer, move or otherwise respond to the complaint;
9    WHEREAS, on October 23, 2009, plaintiff served on defendant T-Mobile USA, Inc. the
10  complaint in the above-captioned case;
11    WHEREAS, pursuant to FRCP 12(a)(1)(A), defendant T-Mobile USA, Inc. has until
12  November 12, 2009, to answer, move or otherwise respond to the complaint;
13    WHEREAS, plaintiff has agreed to extend the deadline for defendants to answer, move, or
14  otherwise respond to the complaint until December 18, 2009;
15    WHEREAS, this extension will not alter the date of any event or deadline already fixed by
16  Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;
17    NOW THEREFORE, plaintiff and defendants through their counsel of record stipulate to
18  the following:
19    IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for
20  defendants to answer, move or otherwise respond to the complaint shall be and is hereby
21  extended to December 18, 2009.
22
23
24
25
26
27
28

9238499.1    - 2 -    STIPULATION
CASE NO. 5:09-CV-04901-JW

| | | |
|---|---|---|
| 1 | DATED: November 10, 2009 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: _/s/ Rosemarie T. Ring_ |
| 4 | | ROSEMARIE T. RING |
| 5 | | Attorneys for Defendants<br>MICROSOFT CORPORATION AND DANGER, INC. |
| 6 | | |
| 7 | DATED: November 10, 2009 | PERKINS COIE LLP |
| 8 | | |
| 9 | | By: _/s/ Harry H. Schneider, Jr._ |
| 10 | | HARRY H. SCHNEIDER, JR. |
| 11 | | Attorneys for Defendant<br>T-MOBILE USA, INC. |
| 12 | DATED: November 10, 2009 | ROTHKEN LAW FIRM |
| 13 | | |
| 14 | | |
| 15 | | By: _/s/ Ira P. Rothken_<br>IRA P. ROTHKEN |
| 16 | | Attorneys for Plaintiff<br>ELI MAPSTEAD. |

## **CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Harry H. Schneider and Ira P. Rothken concurred in this filing.