1   GREGORY P. STONE (SBN 078329)       HARRY H. SCHNEIDER, JR.
    MUNGER, TOLLES & OLSON LLP          (Pro Hac Vice Pending)
2   355 South Grand Avenue,             SUSAN FAHRINGER
    Thirty-Fifth Floor                  (Pro Hac Vice Pending)
3   Los Angeles, CA  90071-1560         PERKINS COIE LLP
    Telephone:     (213) 683-9255       1201 Third Avenue, Suite 4800
4   Facsimile:     (213) 687-3702       Seattle, WA 98101
    Gregory.Stone@mto.com               Telephone:   (206) 359-8000
5                                       Facsimile:   (206) 359-9000
    ROSEMARIE T. RING (SBN 220769)      HSchneider@perkinscoie.com
6   MUNGER, TOLLES & OLSON LLP          SFahringer@perkinscoie.com
    560 Mission Street,
7   Twenty-Seventh Floor                [*Additional Counsel on Signature Page*]
    San Francisco, CA  94105-2907
8   Telephone:     (415) 512-4008       Attorneys for Defendant
    Facsimile:     (415) 512-4077       T-MOBILE USA, INC.
9   Rose.Ring@mto.com
                                        IRA P. ROTHKEN, (SBN 160029)
10  Attorneys for Defendants            ROTHKEN LAW FIRM
    MICROSOFT CORPORATION and           3 Hamilton Landing, Suite 280
11  DANGER, INC.                        Novato, CA 94949
                                        Telephone:   (415) 924-4250
12                                      Facsimile:   (415) 924-2905
                                        ira@techfirm.com
13
                                        [*Additional Counsel on Signature Page*]
14
                                        Attorneys for Plaintiff
15                                      ELI MAPSTEAD

16

17                    **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

                           **SAN JOSE DIVISION**
19

20  ELI MAPSTEAD, on behalf of himself and
    for the benefit of all with the common or
21  general interest, any persons injured, and all      CASE NO.  5:09-CV-04901-JW
    others similarly situated,
22
                           Plaintiffs,
23                                                       **STIPULATION TO EXTEND THE**
          vs.                                            **DEADLINE FOR DEFENDANTS TO**
24                                                       **ANSWER, MOVE OR OTHERWISE**
    T-MOBILE USA, INC., a Delaware                       **RESPOND TO THE COMPLAINT**
25  Corporation, DANGER, INC., a Delaware
    Corporation, and MICROSOFT
26  CORPORATION, a Washington
    Corporation,
27
                           Defendants.
28

IT IS SO ORDERED

Judge James Ware

12/18/2009

9456719.1

STIPULATION
CASE NO. 5:09-CV-04854-JW

1    WHEREAS, on October 23, 2009, plaintiff served on defendants Microsoft Corporation

2    and T-Mobile USA, Inc. the complaint in the above-captioned case;

3    WHEREAS, on October 29, 2009, plaintiff served on defendant Danger, Inc. the

4    complaint in the above-captioned case;

5    WHEREAS, pursuant to a stipulation of the parties approved by the Court on November

6    23, 2009, defendants' deadline to answer, move or otherwise respond to the complaint was

7    extended until December 18, 2009;

8    WHEREAS, the parties have agreed to extend the deadline for defendants to answer,

9    move or otherwise respond to the complaint until January 18, 2010;

10   WHEREAS, this extension will not alter the date of any event or deadline already fixed by

11   Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

12   NOW THEREFORE, plaintiff and defendants through their counsel of record stipulate to

13   the following:

14   IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for

15   defendants to answer, move or otherwise respond to the complaint shall be and is hereby

16   extended to January 18, 2010.

17

18

19

20

21

22

23

24

25

26

27

28

9456719.1                                  - 2 -                          STIPULATION
                                                                CASE NO. 5:09-CV-04854-JW

1    DATED:  December 15, 2009                    MUNGER, TOLLES & OLSON LLP

2

3
                                                 By:_____/s/ Rosemarie T. Ring_____
4                                                         ROSEMARIE T. RING

5                                                Attorneys for Defendants
                                                 MICROSOFT CORPORATION AND
6                                                DANGER, INC.

7    DATED:  December 15, 2009                    PERKINS COIE LLP

8

9
                                                 By:_____/s/ Jason A. Yurasek_____
10                                                        JASON A. YURASEK

11                                               Attorneys for Defendant
                                                 T-MOBILE USA, INC.
12

     DATED:  December 15, 2009                    ROTHKEN LAW FIRM
13

14

15
                                                 By:_____/s/ Ira P. Rothken_____
16                                                        IRA P. ROTHKEN

17                                               Attorneys for Plaintiff
                                                 ELI MAPSTEAD
18

19   *Additional Counsel:*

      JASON A. YURASEK (SBN 202131)               SETH LESSER
20    JYurasek@perkinscoie.com                     KLAFTER OLSEN & LESSER LLP
      JOREN S. BASS (SBN 208143)                   Two International Drive, Suite 350
21    JBass@perkinscoie.com                        Rye Brook, NY 10573
      PHILIP A. LEIDER (SBN 229751)                Telephone:   (914) 934-9200
22    PLeider@perkinscoie.com                      Facsimile:   (914) 934-9220
      PERKINS COIE LLP                             seth@klafterolsen.com
23    Four Embarcadero Center, Suite 2400
      San Francisco, CA 94111                      Attorneys for Plaintiff
24    Telephone: 415-344-7000                      ELI MAPSTEAD
      Facsimile: 415-344-7050
25
      Attorneys for Defendant
26    T-MOBILE USA, INC.

27

28

     9456719.1                    - 3 -                    STIPULATION
                                                 CASE NO. 5:09-CV-04854-JW

1

## **CERTIFICATION**

2

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used

3   to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO

4   ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT.  In compliance with

5   General Order 45.X.B., I hereby attest that Jason A. Yurasek and Ira P. Rothken concurred in this

6   filing.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9456719.1                                   - 4 -                            STIPULATION
                                                              CASE NO. 5:09-CV-04854-JW