| | |
|---|---|
| GREGORY P. STONE (SBN 078329)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9255<br>Facsimile: (213) 687-3702<br>gregory.stone@mto.com<br><br>ROSEMARIE T. RING (SBN 220769)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street,<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4008<br>Facsimile: (415) 512-4077<br>rose.ring@mto.com<br><br>Attorneys for Defendants<br>MICROSOFT CORPORATION and<br>DANGER, INC. | HARRY H. SCHNEIDER, JR. (Pro Hac Vice)<br>SUSAN FAHRINGER (Pro Hac Vice)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>hschneider@perkinscoie.com<br>sfahringer@perkinscoie.com<br><br>[*Additional Counsel on Signature Page*]<br><br>Attorneys for Defendant<br>T-MOBILE USA, INC.<br><br>IRA P. ROTHKEN, (SBN 160029)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>Telephone: (415) 924-4250<br>Facsimile: (415) 924-2905<br>ira@techfirm.com<br><br>[*Additional Counsel on Signature Page*]<br><br>Attorneys for Plaintiff<br>ELI MAPSTEAD |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

IT IS SO ORDERED
Judge James Ware
1/19/2010

| | |
|---|---|
| ELI MAPSTEAD, on behalf of himself and for the benefit of all with the common or general interest, any persons injured, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>T-MOBILE USA, INC., a Delaware Corporation, DANGER, INC., a Delaware Corporation, and MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　Defendants. | CASE NO. 5:09-CV-04901-JW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

| | |
|---|---|
| 1 | WHEREAS, on October 23, 2009, plaintiff served on defendants Microsoft Corporation |
| 2 | and T-Mobile USA, Inc. the complaint in the above-captioned case; |
| 3 | WHEREAS, on October 29, 2009, plaintiff served on defendant Danger, Inc. the |
| 4 | complaint in the above-captioned case; |
| 5 | WHEREAS, pursuant to a stipulation of the parties approved by the Court on December |
| 6 | 18, 2009, defendants' deadline to answer, move or otherwise respond to the complaint was |
| 7 | extended until January 18, 2009; |
| 8 | WHEREAS, on January 7, 2010, the Court issued an order relating the above-captioned |
| 9 | case to Case Nos. 09-cv-04854-JW, 09-cv-05901-HRL, 09-cv-05973-PVT, 09-cv-05974-RS, and |
| 10 | 09-cv-05975-HRL, and setting a Case Management Conference to address scheduling and other |
| 11 | case management issues for the related cases on February 8, 2010 at 10:00 a.m.; |
| 12 | WHEREAS, in light of the February 8, 2010 Case Management Conference, the parties |
| 13 | have agreed to extend the deadline for defendants to answer, move or otherwise respond to the |
| 14 | complaint until February 19, 2010; |
| 15 | WHEREAS, this extension will not alter the date of any event or deadline already fixed by |
| 16 | Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension; |
| 17 | NOW THEREFORE, plaintiff and defendants through their counsel of record stipulate to |
| 18 | the following: |
| 19 | IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for |
| 20 | defendants to answer, move or otherwise respond to the complaint shall be and is hereby |
| 21 | extended to February 19, 2010. |

| | | |
|---|---|---|
| 1 | DATED: January 18, 2010 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: /s/ Rosemarie T. Ring |
| 4 | | ROSEMARIE T. RING |
| 5 | | Attorneys for Defendants |
| 6 | | MICROSOFT CORPORATION AND DANGER, INC. |
| 7 | DATED: January 18, 2010 | PERKINS COIE LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Susan Fahringer |
| | | SUSAN FAHRINGER |
| 11 | | Attorneys for Defendant |
| 12 | | T-MOBILE USA, INC. |
| 13 | DATED: January 18, 2010 | ROTHKEN LAW FIRM |
| 14 | | |
| 15 | | By: /s/ Ira P. Rothken |
| 16 | | IRA P. ROTHKEN |
| 17 | | Attorneys for Plaintiff ELI MAPSTEAD |
| 18 | | |
| 19 | *Additional Counsel:* | |
| 20 | JASON A. YURASEK (SBN 202131) | SETH LESSER |
| | JYurasek@perkinscoie.com | KLAFTER OLSEN & LESSER LLP |
| 21 | JOREN S. BASS (SBN 208143) | Two International Drive, Suite 350 |
| | JBass@perkinscoie.com | Rye Brook, NY 10573 |
| 22 | PHILIP A. LEIDER (SBN 229751) | Telephone: (914) 934-9200 |
| | PLeider@perkinscoie.com | Facsimile: (914) 934-9220 |
| 23 | PERKINS COIE LLP | seth@klafterolsen.com |
| | Four Embarcadero Center, Suite 2400 | |
| 24 | San Francisco, CA 94111 | Attorneys for Plaintiff |
| | Telephone: 415-344-7000 | ELI MAPSTEAD |
| 25 | Facsimile: 415-344-7050 | |
| 26 | Attorneys for Defendant | |
| | T-MOBILE USA, INC. | |
| 27 | | |
| 28 | | |

## CERTIFICATION

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Susan Fahringer and Ira P. Rothken concurred in this filing.